```
                    United States Bankruptcy Court
                    Northern District of California
```

In re:                                                      Case No. 18-40963-CN
James Amar Singh                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-4        User: rbautista        Page 1 of 1         Date Rcvd: May 07, 2018
                            Form ID: pdfeoc         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db            +James Amar Singh,    21 Pembroke Ct.,   Oakland, CA 94619-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
          Jamie D. Hanawalt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for Velocity Commercial Capital Loan Trust 2017-2
           ecfcanb@aldridgepite.com,   jhanawalt@ecf.inforuptcy.com
          Martha G. Bronitsky    13trustee@oak13.com
          Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                        TOTAL: 3



The following constitutes
the order of the court. Signed May 7, 2018

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES AMAR SINGH,<br><br>        Debtor. | Case No. 18-40963 CN<br>Chapter 13<br><br>**ORDER EXTENDING TIME TO FILE**<br>**REQUIRED DOCUMENTS** |

     Debtor filed a Chapter 13 petition on April 24, 2018 (D.E. 1). On May 4, 2018, Debtor filed a

motion requesting an extension of time to file the required documents (D.E. 12). Pursuant to 11

U.S.C. §521 and Fed. R. Bankr. P. 1007, and good cause appearing,

     **IT IS HEREBY ORDERED THAT** the deadline to file Debtor's required documents is

extended through **June 21, 2018**. This order DOES NOT modify the deadline to provide the trustee

with a copy of the Debtor's federal income tax returns pursuant to 11 U.S.C. §521(e)(2). If Debtor

fails to comply with the terms of this order, Debtor's case may be dismissed without further notice.

**\* \* \* END OF ORDER \* \* \***

1

ORDER EXTENDING TIME

*Sidebar (vertical):* UNITED STATES BANKRUPTCY COURT For The Northern District Of California

**COURT SERVICE LIST**

James Amar Singh
21 Pembroke Ct.
Oakland, CA 94619

Other recipients are ECF participants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER EXTENDING TIME